**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN CARLOS SANTANA, | ) | NO. CV 20-11296-JWH(E) |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING PETITION |
| JOSIE GASTELO, Warden, | ) | WITHOUT PREJUDICE |
| Respondent. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on December 10, 2020, Respondent filed a motion to dismiss on March 16, 2021. Petitioner requested a stay on May 19, 2021.

In an "Order Re Motion to Dismiss, etc.," filed June 28, 2021, the Court, <u>inter alia</u>, denied Petitioner's request for a stay and required Petitioner to file "either: (1) a document stating Petitioner's intent to delete and abandon Grounds Two, Three and Four of the Petition; or (2) a document requesting dismissal of this entire proceeding without prejudice." Petitioner has elected option (2).

See "Petitioner's Response, etc.," filed July 12, 2021 ("Petitioner Juan Carlos Santana's federal writ of habeas corpus petition should be dismissed without prejudice").

Accordingly, the Petition is dismissed without prejudice. See Fed. R. Civ. P. 41(a); see also Commercial Space Management Co. v. Boeing Co., 193 F.3d 1074, 1078 (9th Cir. 1999) (dismissal under Rule 41(a)(1) is effective on the filing of a notice of dismissal).

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____ July 26, 2021.

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

PRESENTED this 16th day of July, 2020, by:

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE