JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JUAN CARLOS SANTANA,        )    NO.   CV 20-11296-JWH(E)
                               )
          Petitioner,   )
                               )       JUDGMENT
    v.                   )
                               )
JOSIE GASTELO, Warden,    )
                               )
          Respondent.   )
_____)

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED: _____ July 26, 2021.


_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE